# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 09-cv-03029-REB-MJW

STACEY WILLIAMS,

    Plaintiff,

v.

GATE GOURMET, INC.,

    Defendant.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On February 2, 2010, I entered an **Order To Show Cause** [#6] directing plaintiff to show cause on or before February 12, 2010, why Matthew C. Billips, putative counsel for plaintiff, should not be removed as he had not been admitted to the bar of this court. Plaintiff has responded through local counsel, seeking admission for Billips *pro hac vice*. (***See* Matthew C. Billips' Response to Order To Show Cause** [#9] filed February 5, 2010.) The Local Rules of this court do not provide for admission *pro hac vice*. Attorneys who wish to appear before the district courts of this district must apply for admission to the bar of the court pursuant to D.C.COLO.LCivR 83.3. Because Billips has made no such application, the show cause order will be made absolute.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That my **Order To Show Cause** [#6] entered February 2, 2010, is **MADE ABSOLUTE**; and

2.  That plaintiff's **Motion To Admit Counsel Pro Hac Vice** [#10] filed February 5, 2010, is **DENIED**.

Dated February 9, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge